Beier, J., dissenting:
Consistent with my votes in State v. Buser , 304 Kan. 181, 371 P.3d 886 (2016), State v. Redmond , 304 Kan. 283, 371 P.3d 900 (2016), and Doe v. Thompson , 304 Kan. 291, 373 P.3d 750 (2016), which dealt with the Ex Post Facto Clause, and in State v. Petersen-Beard , 304 Kan. 192, 377 P.3d 1127, cert. denied --- U.S. ----, 137 S.Ct. 226, 196 L.Ed.2d 175 (2016), which dealt with the Eighth Amendment and § 9 of the Kansas Constitution Bill of Rights, I respectfully dissent from the majority's holding that lifetime sex offender registration is not punishment.
Rosen and Johnson, JJ., join in the foregoing dissenting opinion.